GOLDSMITH & HULL, A P.C./ FILE #CDCS458
William I. Goldsmith SBN 82183
Michael L. Goldsmith, SBN 291700
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel. (818) 990-6600
Fax: (818) 990-6140
Govdept1@goldsmithcalaw.com

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT
OCT 3, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>HENRY LEYVA,<br><br>             Defendant. | No. 2:15-CV-07307 VAP<br><br>[~~PROPOSED~~]<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO FILE APPLICATION FOR WRIT OF GARNISHMENT UNDER SEAL** |

     Based on the *ex parte* application of plaintiff United States of America, and for good cause shown,

     IT IS HEREBY ORDERED that the application for writ of garnishment in this action may be filed under seal pursuant to Local Rule 79-5.

Dated: Oct 3, 2016          _/s/ Virginia A. Phillips_
                            HON. VIRGINIA A. PHILLIPS, CHIEF JUDGE
                            UNITED STATES DISTRICT COURT